**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

SHARL D. TYSON,

      Plaintiff,

v.                                                                     CASE NO. 1:13-cv-00223-MP-CAS

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

      Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated August 5, 2014. (Doc. 21).  The parties have been furnished a copy of

the Report and Recommendation and have been afforded an opportunity to file objections

pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has

passed, and none have been filed.  Having considered the Report and Recommendation, I have

determined that the Report and Recommendation should be adopted.  Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

    1.     The Magistrate Judge's Report and Recommendation (Doc. 21) is adopted and
         incorporated by reference in this order.

    2.     The decision of the Commissioner denying Plaintiff's application for Social
         Security benefits beginning April 5, 2011, is AFFIRMED.  The Clerk is directed
         to enter judgment for Defendant.

      **DONE AND ORDERED** this   *19th* day of November, 2014

                               *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge